**Good Kill**

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 97.83.178.206 | 5/3/15 03:39:29 AM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Stevens Point | Portage |
| 2 | 24.240.10.150 | 4/15/15 01:15:21 AM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Madison | Dane |
| 3 | 96.42.34.177 | 4/7/15 05:45:25 AM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Madison | Dane |
| 4 | 66.168.55.145 | 4/6/15 10:35:32 PM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Madison | Dane |
| 5 | 75.135.69.55 | 4/6/15 03:37:53 AM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Madison | Dane |
| 6 | 71.95.79.118 | 4/6/15 03:27:31 AM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Rhinelander | Oneida |
| 7 | 75.134.31.244 | 4/6/15 03:01:11 AM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Edgerton | Rock |
| 8 | 71.13.18.82 | 4/6/15 12:16:51 AM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Stevens Point | Portage |
| 9 | 96.40.229.244 | 4/5/15 10:42:57 AM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Janesville | Rock |
| 10 | 75.129.61.30 | 4/5/15 02:48:52 AM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Sparta | Monroe |
| 11 | 97.88.147.229 | 4/4/15 11:44:58 PM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | La Crosse | La Crosse |
| 12 | 68.113.235.55 | 4/4/15 02:40:30 PM | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Charter Communications | Plover | Portage |

**Exhibit B**